1  DAVID C. ANDERSON, ESQ., State Bar # 83146
   LAW OFFICE OF DAVID C. ANDERSON
2  450 Sansome Street, 3rd Floor
   San Francisco, CA 94111
3  Telephone: (415) 788-1588
   Facsimile:  (415) 788-1598
4

5  Attorneys for Plaintiff
   DENISE SALERNO, individually
6  and as Administrator of the
   ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent)
7

8

9           IN THE UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11 | DENISE SALERNO, individually and as ) | No. C07 4336MEJ
   | Administrator of the ESTATE OF      )
12 | ARTHUR ANTHONY SALERNO, JR.         )
   | (Decedent),                         ) | RETURN OF SERVICE (Of Summons,
13 |                                     ) | Complaint, etc.)
   |         Plaintiffs,                 )
14 |                                     )
   |     vs.                             ) | JURY TRIAL DEMANDED
15 |                                     )
   | COUNTY OF BUTTE, CALIFORNIA;        )
16 | SHERIFF/CORONER PERRY L.            )
   | RENIFF; STATE OF CALIFORNIA;        )
17 | CALIFORNIA HIGHWAY PATROL;          )
   | CALIFORNIA HIGHWAY PATROL           )
18 | COMMISSIONER MIKE BROWN;            )
   | SARGENT S. MUDERS, Badge No. 9613,  )
19 | individually and in his official capacity as a )
   | CALIFORNIA HIGHWAY PATROL           )
20 | Officer; OFFICER M.E. ORTIZ, Badge  )
   | No. 16562, individually and in his official )
21 | capacity as a CALIFORNIA HIGHWAY    )
   | PATROL Officer; OFFICER G.          )
22 | CORNWELL, Badge No. 10569,          )
   | individually and in his official capacity as a )
23 | CALIFORNIA HIGHWAY PATROL           )
   | Officer; and DOES 1 through 100,    )
24 | inclusive,                          )
   |                                     )
25 |         Defendants.                 )

26 ─────────────────────────────────────

27

28

I:\Salerno - 146\POS-cover.wpd                    1

                    RETURN OF SERVICE (Of Summons, Complaint, etc.)

AO 440 (Rev. 8/01) Summons in a Civil Action

**RETURN OF SERVICE**   Case No. C07 4336 MEJ

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8-27-07 |
| NAME OF SERVER (PRINT)  Roy E. Helms, Butte Co. #86 | TITLE  Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Sheriff/Coroner Perry L. Reniff by substitute service by leaving with: Kathline Moghannam, Assistant Clerk for the County Board of Supervisors at 25 County Center Drive, Oroville, CA 95965 on August 29, 2007 at 12:50 pm.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  ~~$0.00~~ $100 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-30-07
                Date

Signature of Server

1537 Fourth St, PMB 152, San Rafael, CA 94901
Address of Server

**DUE DILIGENCE:**

August 27, 2007 at 11:40 am. – Not available
August 28, 2007 at 4:40 pm – Not available
August 29, 2007 at 12:50 pm - Not available.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## DOCUMENTS SERVED:

1. Summons
2. Complaint
3. Civil Case Cover Sheet
4. Public Notice
5. Order Setting Initial Case Management Conference and ADR Deadlines
6. Case Management Standing Order (Magistrate Judge Maria-Elena James)
7. Standing Order RE: Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James
8. Joint Case Management Statement and [Proposed] Case Management Order (blank)
9. Notice of Trial Assignment to U.S. Mag. Judge and Order to File Consent/Request for Reassignment Form
10. Consent to Assignment or Request for Reassignment (blank)
11. Notice of Assignment of Case to a U.S. Mag. Judge for Trial
12. Consent to Proceed Before a U.S. Mag. Judge (blank)
13. Declination to Proceed Before a Mag. Judge and Request for Reassignment to a U.S. District Judge
14. ECF Registration Information Handout

## DECLARATION OF MAILING, Case No. C07 4336 MEK

I, Matthew Anderson, certify that I am not a party to the proceeding herein, that I am and was at the time of service over the age of 18 years old, and a resident of the State of California.

My business address is 1537 Fourth St, PMB 152, San Rafael, CA 94901.

On August 30, 2007 I mailed from San Rafael, CA the following documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service by first class mail with the postage prepaid:

SEE NEXT PAGE

The envelope was addressed and mailed as follows:

SHERIFF PERRY L. RENIFF
25 COUNTY CENTER DRIVE
OROVILLE, CA 95965

SHERIFF PERRY L. RENIFF
33 COUNTY CENTER DRIVE
OROVILLE, CA 95965

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 30, 2007

Matthew Anderson

1  DAVID C. ANDERSON, ESQ., State Bar # 83146
   LAW OFFICE OF DAVID C. ANDERSON
2  450 Sansome Street, 3rd Floor
   San Francisco, CA 94111
3  Telephone: (415) 788-1588
   Facsimile:  (415) 788-1598
4

5  Attorneys for Plaintiff
   DENISE SALERNO, individually
6  and as Administrator of the
   ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent)
7

8

9              IN THE UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11 | DENISE SALERNO, individually and as         ) | No.  C07 4336MEJ
   | Administrator of the ESTATE OF              ) |
12 | ARTHUR ANTHONY SALERNO, JR.                 ) |
   | (Decedent),                                 ) | RETURN OF SERVICE (Of Summons,
13 |                                             ) | Complaint, etc.)
   |          Plaintiffs,                        ) |
14 |                                             ) |
   |     vs.                                     ) | JURY TRIAL DEMANDED
15 |                                             ) |
   | COUNTY OF BUTTE, CALIFORNIA;                ) |
16 | SHERIFF/CORONER PERRY L.                    ) |
   | RENIFF; STATE OF CALIFORNIA;                ) |
17 | CALIFORNIA HIGHWAY PATROL;                  ) |
   | CALIFORNIA HIGHWAY PATROL                   ) |
18 | COMMISSIONER MIKE BROWN;                    ) |
   | SARGENT S. MUDERS, Badge No. 9613,          ) |
19 | individually and in his official capacity as a ) |
   | CALIFORNIA HIGHWAY PATROL                   ) |
20 | Officer; OFFICER M.E. ORTIZ, Badge          ) |
   | No. 16562, individually and in his official ) |
21 | capacity as a CALIFORNIA HIGHWAY            ) |
   | PATROL Officer; OFFICER G.                  ) |
22 | CORNWELL, Badge No. 10569,                  ) |
   | individually and in his official capacity as a ) |
23 | CALIFORNIA HIGHWAY PATROL                   ) |
   | Officer; and DOES 1 through 100,            ) |
24 | inclusive,                                  ) |
   |                                             ) |
25 |          Defendants.                        ) |

26

27

28

   I:\Salerno - 146\POS-cover.wpd                1

                    RETURN OF SERVICE (Of Summons, Complaint, etc.)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE Case No. C07 4336 MEJ

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8-27-07 |
| NAME OF SERVER (PRINT) Roy E. Helms, Butte Co. #86 | TITLE Registered California Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:   Served County of Butte, California by substitute service by leaving with: Kathline Moghannam, Assistant Clerk for the County Board of Supervisors at 25 County Center Drive, Oroville, CA 95965 on August 27, 2007 at 11:50 am.

☒ Other (specify):   ~~Served County of Butte, California by substitute service by leaving with: Kathline Moghannam, Assistant Clerk for the County Board of Supervisors at 25 County Center Drive, Oroville, CA 95965 on August 27, 2007 at 11:50 am.~~

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL ~~$0.00~~ $100 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-30-07
                  Date

Signature of Server

1537 Fourth St, PMB 152, San Rafael, CA 94901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **DOCUMENTS SERVED:**

1. Summons
2. Complaint
3. Civil Case Cover Sheet
4. Public Notice
5. Order Setting Initial Case Management Conference and ADR Deadlines
6. Case Management Standing Order (Magistrate Judge Maria-Elena James)
7. Standing Order RE: Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James
8. Joint Case Management Statement and [Proposed] Case Management Order (blank)
9. Notice of Trial Assignment to U.S. Mag. Judge and Order to File Consent/Request for Reassignment Form
10. Consent to Assignment or Request for Reassignment (blank)
11. Notice of Assignment of Case to a U.S. Mag. Judge for Trial
12. Consent to Proceed Before a U.S. Mag. Judge (blank)
13. Declination to Proceed Before a Mag. Judge and Request for Reassignment to a U.S. District Judge
14. ECF Registration Information Handout

## DECLARATION OF MAILING, Case No. C07 4336 MEK

I, Matthew Anderson, certify that I am not a party to the proceeding herein, that I am and was at the time of service over the age of 18 years old, and a resident of the State of California.

My business address is 1537 Fourth St, PMB 152, San Rafael, CA 94901.

On August 27, 2007 I mailed from San Rafael, CA the following documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service by first class mail with the postage prepaid:

SEE NEXT PAGE

The envelope was addressed and mailed as follows:

    COUNTY OF BUTTE, CALIFORNIA
    25 COUNTY CENTER DRIVE
    OROVILLE, CA 95965
    ATTN: PAUL MCINTOSH – CLERK OF THE BOARD SUPERVISORS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 27, 2007

Matthew Anderson