PORTER | SCOTT
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF BUTTE and SHERIFF/CORONER PERRY L. RENIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent),<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF BUTTE, CALIFORNIA; SHERIFF/CORONOR PERRY L. RENIFF; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CALIFORNIA HIGHWAY PATROL COMMISSIONER MIKE BROWN; SARGENT S. MUDERS, BADGE No. 9613, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; OFFICER M.E. ORTIZ, Badge No. 16562, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; OFFICER G. CORNWELL, Badge 10569, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. C 07-4336 MEJ<br><br>STIPULATION AND PROPOSED ORDER TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1406 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DENISE SALERNO and Defendants COUNTY OF BUTTE, CALIFORNIA; SHERIFF/CORONER

1

PERRY L. RENIFF; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CALIFORNIA HIGHWAY PATROL COMMISSIONER MIKE BROWN; S. MUDERS; M.E. ORTIZ; and G. CORNWELL that the Complaint and the allegations of fact contained therein are not based upon diversity of citizenship. The parties further stipulate that a substantial part of the events or omissions giving rise to the First Amended Complaint occurred in the Eastern Judicial District.

In light of the foregoing, the parties hereby stipulate that venue pursuant to 28 U.S.C. §1391(b) is appropriately had in the Eastern Judicial District of California. Thus, the parties further stipulate that Civil Action No. C-07-4336 MEJ, filed in the United States District Court for the Northern District of California, should be transferred, pursuant to 28 U.S.C. §1406(a), to the Eastern Judicial District.

Dated: 9/14/07

LAW OFFICE OF DAVID C. ANDERSON

By _____
David C. Anderson
Attorney for Plaintiff DENISE SALERNO

Dated: 9-21-07

PORTER SCOTT

By _____
Terence J. Cassidy
Attorney for Defendants COUNTY OF BUTTE and SHERIFF/CORONER PERRY L. RENIFF

Dated: 9/19/07

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

By _____
Attorney for Defendants STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CALIFORNIA HIGHWAY PATROL COMMISSIONER MIKE BROWN; S. MUDERS; M.E. ORTIZ; and G. CORNWELL

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. §1406(a), Civil Action C 07-4336 MEJ, filed in the United States District Court for the Northern District of California, be transferred to the United States District Court for the Eastern District of California.

Dated: September _____, 2007

_____
Hon. Maria Elena James
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT