**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF BUTTE and SHERIFF/CORONER PERRY L. RENIFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent),<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF BUTTE, CALIFORNIA; SHERIFF/CORONOR PERRY L. RENIFF; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CALIFORNIA HIGHWAY PATROL COMMISSIONER MIKE BROWN; SARGENT S. MUDERS, BADGE No. 9613, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; OFFICER M.E. ORTIZ, Badge No. 16562, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; OFFICER G. CORNWELL, Badge 10569, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; and DOES 1 through 100, inclusive<br><br>        Defendants. | Case No. C 07-4336 MEJ<br><br>STIPULATION AND PROPOSED ORDER TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1406 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DENISE

SALERNO and Defendants COUNTY OF BUTTE, CALIFORNIA; SHERIFF/CORONER

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 200
SACRAMENTO, CA 95825
TEL 916.929.1481
FAX 916.927.3706
www.porterscott.com

1  PERRY L. RENIFF; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL;

2  CALIFORNIA HIGHWAY PATROL COMMISSIONER MIKE BROWN; S. MUDERS;

3  M.E. ORTIZ; and G. CORNWELL that the Complaint and the allegations of fact contained

4  therein are not based upon diversity of citizenship.  The parties further stipulate that  a

5  substantial part of the events or omissions giving rise to the First Amended Complaint

6  occurred in the Eastern Judicial District.

7        In light of the foregoing, the parties hereby stipulate that venue pursuant to 28 U.S.C.

8  §1391(b) is appropriately had in the Eastern Judicial District of California.  Thus, the parties

9  further stipulate that Civil Action No. C-07-4336 MEJ, filed in the United States District

10  Court for the Northern District of California, should be transferred, pursuant to 28 U.S.C.

11  §1406(a), to the Eastern Judicial District.

12

13  Dated:    9/14/07                              LAW OFFICE OF DAVID C. ANDERSON

14

15                                               By
                                                  David C. Anderson
16                                                Attorney for Plaintiff DENISE SALERNO

17

18  Dated:    9-21-07                             PORTER SCOTT

19

20                                               By
                                                  Terence J. Cassidy
21                                                Attorney for Defendants COUNTY OF BUTTE
                                                  and SHERIFF/CORONER PERRY L. RENIFF
22

23  Dated:    9/19/07                             CALIFORNIA DEPARTMENT OF JUSTICE
                                                  OFFICE OF THE ATTORNEY GENERAL
24

25                                               By
                                                  Attorney for  Defendants  STATE  OF
26                                                CALIFORNIA;  CALIFORNIA  HIGHWAY
                                                  PATROL; CALIFORNIA HIGHWAY PATROL
27                                                COMMISSIONER  MIKE  BROWN;  S.
                                                  MUDERS; M.E. ORTIZ; and G. CORNWELL
28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE. SUITE 200
SACRAMENTO, CA 95825
TEL 916.929.1481
FAX 916.927.3706

2

STIPULATION & PROPOSED ORDER TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA

1

## [PROPOSED] ORDER

2

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. §1406(a), Civil Action C 07-4336

3

4

MEJ, filed in the United States District Court for the Northern District of California, be

5

transferred to the United States District Court for the Eastern District of California.

6

Dated: September ___26___, 2007

7

8

_____

Hon. Maria-Elena James

9

MAGISTRATE JUDGE OF THE UNITED

STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

STIPULATION & PROPOSED ORDER TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA
00529359.WPD