1  DAVID C. ANDERSON, ESQ., State Bar # 83146
   LAW OFFICE OF DAVID C. ANDERSON
2  450 Sansome Street, 3rd Floor
   San Francisco, CA 94111
3  Telephone: (415) 788-1588
   Facsimile:  (415) 788-1598
4

5  Attorneys for Plaintiff
   DENISE SALERNO, individually
6  and as Administrator of the
   ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent)
7

8

9              IN THE UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11 DENISE SALERNO, individually and as  )   No.  C07 4336MEJ
   Administrator of the ESTATE OF       )
12 ARTHUR ANTHONY SALERNO, JR.          )
   (Decedent),                          )   RETURN OF SERVICE (Of Summons,
13                                      )   Complaint, etc.)
               Plaintiffs,              )
14                                      )
         vs.                            )   JURY TRIAL DEMANDED
15                                      )
   COUNTY OF BUTTE, CALIFORNIA;         )
16 SHERIFF/CORONER PERRY L.             )
   RENIFF; STATE OF CALIFORNIA;         )
17 CALIFORNIA HIGHWAY PATROL;           )
   CALIFORNIA HIGHWAY PATROL            )
18 COMMISSIONER MIKE BROWN;             )
   SARGENT S. MUDERS, Badge No. 9613,   )
19 individually and in his official capacity as a )
   CALIFORNIA HIGHWAY PATROL            )
20 Officer; OFFICER M.E. ORTIZ, Badge   )
   No. 16562, individually and in his official )
21 capacity as a CALIFORNIA HIGHWAY     )
   PATROL Officer; OFFICER G.           )
22 CORNWELL, Badge No. 10569,           )
   individually and in his official capacity as a )
23 CALIFORNIA HIGHWAY PATROL            )
   Officer; and DOES 1 through 100,     )
24 inclusive,                           )
                                        )
25             Defendants.              )

26 _____

27

28
   _____
   I:\Salerno - 146\POS-cover.wpd             1
   _____
                  RETURN OF SERVICE (Of Summons, Complaint, etc.)

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | Case No. C07 4336 MEJ |
|---|---|

| Service of the Summons and complaint was made by me[(1)] | DATE 9-19-07  3:57 pm |
|---|---|
| NAME OF SERVER *(PRINT)* Roy E. Helms, Butte Co. #86 | TITLE Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served Sargent S. Muders, Badge No. 9613, individually and in his official capacity as a California Highway Patrol Officer at 2027 Third St, Oroville, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00  $65 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-21-07
           Date                    Signature of Server

1537 Fourth Street, PMB 152, San Rafael, CA 94901
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## DOCUMENTS SERVED:

1. Summons
2. Complaint
3. Civil Case Cover Sheet
4. Public Notice
5. Order Setting Initial Case Management Conference and ADR Deadlines
6. Case Management Standing Order (Magistrate Judge Maria-Elena James)
7. Standing Order RE: Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James
8. Joint Case Management Statement and [Proposed] Case Management Order (blank)
9. Notice of Trial Assignment to U.S. Mag. Judge and Order to File Consent/Request for Reassignment Form
10. Consent to Assignment or Request for Reassignment (blank)
11. Notice of Assignment of Case to a U.S. Mag. Judge for Trial
12. Consent to Proceed Before a U.S. Mag. Judge (blank)
13. Declination to Proceed Before a Mag. Judge and Request for Reassignment to a U.S. District Judge
14. ECF Registration Information Handout

DAVID C. ANDERSON, ESQ., State Bar # 83146
LAW OFFICE OF DAVID C. ANDERSON
450 Sansome Street, 3rd Floor
San Francisco, CA 94111
Telephone: (415) 788-1588
Facsimile:  (415) 788-1598

Attorneys for Plaintiff
DENISE SALERNO, individually
and as Administrator of the
ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent)

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent), <br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF BUTTE, CALIFORNIA; SHERIFF/CORONER PERRY L. RENIFF; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CALIFORNIA HIGHWAY PATROL COMMISSIONER MIKE BROWN; SARGENT S. MUDERS, Badge No. 9613, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; OFFICER M.E. ORTIZ, Badge No. 16562, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; OFFICER G. CORNWELL, Badge No. 10569, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; and DOES 1 through 100, inclusive,<br><br>Defendants. | No.  C07 4336MEJ<br><br>RETURN OF SERVICE (Of Summons, Complaint, etc.)<br><br>JURY TRIAL DEMANDED |

I:\Salerno - 146\POS-cover.wpd                                    1

RETURN OF SERVICE (Of Summons, Complaint, etc.)

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | Case No. C07 4336 MEJ |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9-19-07  3:57 pm | |
| NAME OF SERVER (PRINT) Roy E. Helms, Butte Co. #86 | TITLE Registered California Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served Officer M.E. Ortiz, Badge No. 16562, individually and in his official capacity as a California Highway Patrol Officer at 2072 Third St, Oroville, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00  $65 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-21-07
            Date

Signature of Server

1537 Fourth Street, PMB 152, San Rafael, CA 94901
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# DOCUMENTS SERVED:

1. Summons
2. Complaint
3. Civil Case Cover Sheet
4. Public Notice
5. Order Setting Initial Case Management Conference and ADR Deadlines
6. Case Management Standing Order (Magistrate Judge Maria-Elena James)
7. Standing Order RE: Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James
8. Joint Case Management Statement and [Proposed] Case Management Order (blank)
9. Notice of Trial Assignment to U.S. Mag. Judge and Order to File Consent/Request for Reassignment Form
10. Consent to Assignment or Request for Reassignment (blank)
11. Notice of Assignment of Case to a U.S. Mag. Judge for Trial
12. Consent to Proceed Before a U.S. Mag. Judge (blank)
13. Declination to Proceed Before a Mag. Judge and Request for Reassignment to a U.S. District Judge
14. ECF Registration Information Handout

1  DAVID C. ANDERSON, ESQ., State Bar # 83146
   LAW OFFICE OF DAVID C. ANDERSON
2  450 Sansome Street, 3rd Floor
   San Francisco, CA 94111
3  Telephone: (415) 788-1588
   Facsimile:  (415) 788-1598
4

5  Attorneys for Plaintiff
   DENISE SALERNO, individually
6  and as Administrator of the
   ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent)
7

8

9                IN THE UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| 11  DENISE SALERNO, individually and as Administrator of the ESTATE OF 12  ARTHUR ANTHONY SALERNO, JR. (Decedent), 13            Plaintiffs, 14        vs. 15  COUNTY OF BUTTE, CALIFORNIA; 16  SHERIFF/CORONER PERRY L. RENIFF; STATE OF CALIFORNIA; 17  CALIFORNIA HIGHWAY PATROL; CALIFORNIA HIGHWAY PATROL 18  COMMISSIONER MIKE BROWN; SARGENT S. MUDERS, Badge No. 9613, 19  individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL 20  Officer; OFFICER M.E. ORTIZ, Badge No. 16562, individually and in his official 21  capacity as a CALIFORNIA HIGHWAY PATROL Officer; OFFICER G. 22  CORNWELL, Badge No. 10569, individually and in his official capacity as a 23  CALIFORNIA HIGHWAY PATROL Officer; and DOES 1 through 100, 24  inclusive, 25            Defendants. | No.  C07 4336MEJ  RETURN OF SERVICE (Of Summons, Complaint, etc.)  JURY TRIAL DEMANDED |

26

27

28

I:\Salerno - 146\POS-cover.wpd                       1

RETURN OF SERVICE (Of Summons, Complaint, etc.)

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE  Case No. C07 4336 MEJ | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-1-07  9:10 am | |
| NAME OF SERVER (PRINT) Roy E. Helms, Butte Co. #86 | TITLE Registered California Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): -Substitute Service
-Served Officer G. Cornwell, Badge No. 10569, individually and in his official capacity as a California Highway Patrol Officer by leaving with Joyce Gutierrez - Legal Clerk at 2027 Third St, Oroville, CA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00x $65 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-2-07
         Date

*Signature of Server*

1537 Fourth Street, PMB 152, San Rafael, CA 94901
*Address of Server*

Due Diligence:

    9-19-07  3:57 pm  - Not in
    9-24-07  8:45 am  - Not in
    10-1-07  9:10 am  - Not in

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## DECLARATION OF MAILING, Case No. C07 4336 MEK

I, Matthew Anderson, certify that I am not a party to the proceeding herein, that I am and was at the time of service over the age of 18 years old, and a resident of the State of California.

My business address is 1537 Fourth St, PMB 152, San Rafael, CA 94901.

On October 2, 2007 I mailed from San Rafael, CA the following documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service by first class mail with the postage prepaid:

SEE NEXT PAGE

The envelope was addressed and mailed as follows:

CHP OFFICER G. CORNWELL
CALIFORNIA HIGHWAY PATROL
2027 THRID STREET
OROVILLE, CA  95965

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 2, 2007

Matthew Anderson

# DOCUMENTS SERVED:

1. Summons
2. Complaint
3. Civil Case Cover Sheet
4. Public Notice
5. Order Setting Initial Case Management Conference and ADR Deadlines
6. Case Management Standing Order (Magistrate Judge Maria-Elena James)
7. Standing Order RE: Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James
8. Joint Case Management Statement and [Proposed] Case Management Order (blank)
9. Notice of Trial Assignment to U.S. Mag. Judge and Order to File Consent/Request for Reassignment Form
10. Consent to Assignment or Request for Reassignment (blank)
11. Notice of Assignment of Case to a U.S. Mag. Judge for Trial
12. Consent to Proceed Before a U.S. Mag. Judge (blank)
13. Declination to Proceed Before a Mag. Judge and Request for Reassignment to a U.S. District Judge
14. ECF Registration Information Handout

1 | DAVID C. ANDERSON, ESQ., State Bar # 83146
    LAW OFFICE OF DAVID C. ANDERSON
2 | 450 Sansome Street, 3rd Floor
    San Francisco, CA 94111
3 | Telephone: (415) 788-1588
    Facsimile:  (415) 788-1598
4 |

5 | Attorneys for Plaintiff
    DENISE SALERNO, individually
6 | and as Administrator of the
    ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent)
7 |

8 |

9 |              IN THE UNITED STATES DISTRICT COURT

10 |         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11 | DENISE SALERNO, individually and as         )   No.  C07 4336MEJ
     Administrator of the ESTATE OF              )
12 | ARTHUR ANTHONY SALERNO, JR.                 )
     (Decedent),                                 )   RETURN OF SERVICE (Of Summons,
13 |                                             )   Complaint, etc.)
                 Plaintiffs,                     )
14 |                                             )
         vs.                                     )            JURY TRIAL DEMANDED
15 |                                             )
     COUNTY OF BUTTE, CALIFORNIA;                )
16 | SHERIFF/CORONER PERRY L.                    )
     RENIFF; STATE OF CALIFORNIA;                )
17 | CALIFORNIA HIGHWAY PATROL;                  )
     CALIFORNIA HIGHWAY PATROL                   )
18 | COMMISSIONER MIKE BROWN;                    )
     SARGENT S. MUDERS, Badge No. 9613,          )
19 | individually and in his official capacity as a )
     CALIFORNIA HIGHWAY PATROL                   )
20 | Officer; OFFICER M.E. ORTIZ, Badge           )
     No. 16562, individually and in his official )
21 | capacity as a CALIFORNIA HIGHWAY             )
     PATROL Officer; OFFICER G.                  )
22 | CORNWELL, Badge No. 10569,                  )
     individually and in his official capacity as a )
23 | CALIFORNIA HIGHWAY PATROL                   )
     Officer; and DOES 1 through 100,            )
24 | inclusive,                                  )
                                                 )
25 |             Defendants.                     )
                                                 )
26 |

27 |

28 |

I:\Salerno - 146\POS-cover.wpd                   1

                   RETURN OF SERVICE (Of Summons, Complaint, etc.)

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | Case No. C07 4336 MEJ |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9-19-07  11:29 am |
| NAME OF SERVER *(PRINT)*  Tanya Thomas, Sac. Co. 2005-26 | TITLE  Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Substitute Service on State of California by leaving with Will Grayson - Sargent at 1300 I Street Sacramento, CA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 $65 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/19/07
Date

*Signature of Server*

1537 Fourth Street, PMB 152, San Rafael, CA 94901
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## DECLARATION OF MAILING, Case No. C07 4336 MEK

I, Matthew Anderson, certify that I am not a party to the proceeding herein, that I am and was at the time of service over the age of 18 years old, and a resident of the State of California.

My business address is 1537 Fourth St, PMB 152, San Rafael, CA 94901.

On September 20, 2007 I mailed from San Rafael, CA the following documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service by first class mail with the postage prepaid:

SEE NEXT PAGE

The envelope was addressed and mailed as follows:

    STATE OF CALIFORNIA
    1300 I STREET
    SACRAMENTO, CA  95814
    ATTN:  EDMUND BROWN, JR.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  September 20, 2007

_____
Matthew Anderson

## DOCUMENTS SERVED:

1. Summons
2. Complaint
3. Civil Case Cover Sheet
4. Public Notice
5. Order Setting Initial Case Management Conference and ADR Deadlines
6. Case Management Standing Order (Magistrate Judge Maria-Elena James)
7. Standing Order RE: Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James
8. Joint Case Management Statement and [Proposed] Case Management Order (blank)
9. Notice of Trial Assignment to U.S. Mag. Judge and Order to File Consent/Request for Reassignment Form
10. Consent to Assignment or Request for Reassignment (blank)
11. Notice of Assignment of Case to a U.S. Mag. Judge for Trial
12. Consent to Proceed Before a U.S. Mag. Judge (blank)
13. Declination to Proceed Before a Mag. Judge and Request for Reassignment to a U.S. District Judge
14. ECF Registration Information Handout

1  DAVID C. ANDERSON, ESQ., State Bar # 83146
   LAW OFFICE OF DAVID C. ANDERSON
2  450 Sansome Street, 3rd Floor
   San Francisco, CA 94111
3  Telephone: (415) 788-1588
   Facsimile:  (415) 788-1598
4

5  Attorneys for Plaintiff
   DENISE SALERNO, individually
6  and as Administrator of the
   ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent)
7

8

9              IN THE UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11 DENISE SALERNO, individually and as      )  No. C07 4336MEJ
   Administrator of the ESTATE OF           )
12 ARTHUR ANTHONY SALERNO, JR.              )
   (Decedent),                              )  RETURN OF SERVICE (Of Summons,
13                                          )  Complaint, etc.)
              Plaintiffs,                   )
14                                          )
       vs.                                  )  JURY TRIAL DEMANDED
15                                          )
   COUNTY OF BUTTE, CALIFORNIA;             )
16 SHERIFF/CORONER PERRY L.                 )
   RENIFF; STATE OF CALIFORNIA;             )
17 CALIFORNIA HIGHWAY PATROL;               )
   CALIFORNIA HIGHWAY PATROL                )
18 COMMISSIONER MIKE BROWN;                 )
   SARGENT S. MUDERS, Badge No. 9613,       )
19 individually and in his official capacity as a )
   CALIFORNIA HIGHWAY PATROL                )
20 Officer; OFFICER M.E. ORTIZ, Badge       )
   No. 16562, individually and in his official )
21 capacity as a CALIFORNIA HIGHWAY         )
   PATROL Officer; OFFICER G.               )
22 CORNWELL, Badge No. 10569,               )
   individually and in his official capacity as a )
23 CALIFORNIA HIGHWAY PATROL                )
   Officer; and DOES 1 through 100,         )
24 inclusive,                               )
                                            )
25            Defendants.                   )

26

27

28

   I:\Salerno - 146\POS-cover.wpd              1

                    RETURN OF SERVICE (Of Summons, Complaint, etc.)

AO 440 (Rev. 8/01) Summons in a Civil Action

**RETURN OF SERVICE**  Case No. C07 4336 MEJ

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-19-07   11:29 am |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Tanya Thomas, Sac. Co. 2005-26 | Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): ~~Substitute service~~

Substitute Service on California Highway Patrol by leaving with Will Grayson - Sargent at 1300 I Street Sacramento, CA

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL ~~$0.00~~ $65 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/19/07
            *Date*                     *Signature of Server*

1537 Fourth Street, PMB 152, San Rafael, CA 94901
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **DECLARATION OF MAILING, Case No. C07 4336 MEK**

I, Matthew Anderson, certify that I am not a party to the proceeding herein, that I am and was at the time of service over the age of 18 years old, and a resident of the State of California.

My business address is 1537 Fourth St, PMB 152, San Rafael, CA 94901.

On September 20, 2007 I mailed from San Rafael, CA the following documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service by first class mail with the postage prepaid:

SEE NEXT PAGE

The envelope was addressed and mailed as follows:

    CALIFORNIA HIGHWAY PATROL
    1300 I STREET
    SACRAMENTO, CA  95814
    ATTN:  MIKE BROWN

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  September 20, 2007

_____
Matthew Anderson

## **DOCUMENTS SERVED:**

1. Summons
2. Complaint
3. Civil Case Cover Sheet
4. Public Notice
5. Order Setting Initial Case Management Conference and ADR Deadlines
6. Case Management Standing Order (Magistrate Judge Maria-Elena James)
7. Standing Order RE: Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James
8. Joint Case Management Statement and [Proposed] Case Management Order (blank)
9. Notice of Trial Assignment to U.S. Mag. Judge and Order to File Consent/Request for Reassignment Form
10. Consent to Assignment or Request for Reassignment (blank)
11. Notice of Assignment of Case to a U.S. Mag. Judge for Trial
12. Consent to Proceed Before a U.S. Mag. Judge (blank)
13. Declination to Proceed Before a Mag. Judge and Request for Reassignment to a U.S. District Judge
14. ECF Registration Information Handout